UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| ROBERT BROWN and THE ESTATE OF BOBBI KRISTINA BROWN | ) |
| | ) |
| | ) Civil |
| Plaintiff | ) Action No. |
| | ) <u>1:17-cv-06824-AT</u> |
| v. | ) |
| | ) ORDER TO SHOW |
| | ) CAUSE FOR |
| TV ONE LLC, SWIRL RECORDING & FILM INC. | ) PRELIMINARY |
| D/B/A SWIRL FILMS, INC.,TRACEY BAKER- | ) INJUNCTION AND |
| SIMMONS, WANDA SHELLEY and B2 | ) TEMPORARY RESTRAINING |
| ENTERTAINMENT LLC and  SIMMONS SHELLEY | ) ORDER |
| ENTERTAINMENT, LLC | ) |
| Defendants | ) |

_____)

Upon the affidavits of Robert Brown  and Alicia Brown , and upon the copy of the

Amended Complaint hereto annexed and Plaintiffs' Memorandum of Law In Support of the

Application for an preliminary injunction, it is ORDERED, that the above named Defendants

show cause before a motion term of this Court, at Room 15D, United States Courthouse, 500

Pearl Street, in the City, County and State of New York, on  September 29, 2017 at 1pm,

thereof, or as soon thereafter as counsel may be heard, why an order should not be issued

pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the

pendency of this action from marketing, advertising, promoting, distributing and airing a film

about Bobbi Kristina Brown; and it is further ORDERED that, sufficient reason having been

shown therefor, pending the hearing of plaintiff's application for a preliminary injunction,

pursuant to Rule 65, Fed. R. Civ. P., the Defendants is temporarily restrained and enjoined from

marketing, advertising, promoting, distributing and airing the film about Bobbi Kristina Brown

on Tv-One and its affiliates or assignees and it is further ORDERED that personal service of a

copy of this order and annexed affidavit upon the defendant or his counsel on or before

September 22, 2017. Delivery to the registered agent shall be deemed good and sufficient service

thereof.

DATED: New York, New York

ISSUED: _____M

_____

United States District Judge