USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/21/2017_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT BROWN and THE ESTATE OF BOBBI KRISTINA BROWN,

                Plaintiffs,

    -against-

TV ONE LLC, SWIRL RECORDING & FILM INC. D/B/A SWIRL FILMS, INC., TRACEY BAKER-SIMMONS, WANDA SHELLEY and B2 ENTERTAINMENT LLC and SIMMONS SHELLEY ENTERTAINMENT, LLC,

                Defendants.

17 Civ. 6824 (AT)

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

ANALISA TORRES, District Judge:

      On September 19, 2017, Plaintiffs moved by order to show cause, seeking to preliminarily enjoin Defendants from marketing, advertising, promoting, distributing, and airing a film about Bobbi Kristina Brown. Plaintiffs attached a memorandum of law, affidavits, and exhibits in support. It is ORDERED that:

1. On **October 5, 2017**, at **12:30 p.m.** in Courtroom 15D, 500 Pearl Street, New York, New York, 10007, Defendants shall appear to show cause why an order should not be issued pursuant to Federal Rule of Civil Procedure 65 enjoining Defendants during the pendency of this action. Plaintiffs shall also appear.

2. By **September 25, 2017**, Plaintiffs shall serve a copy of this Order to Show Cause and the supporting papers upon all Defendants by personal service.

3. By **September 26, 2017**, Plaintiff shall file on the docket (1) proof of service, and (2) the supporting papers that were mailed to the court on September 19, 2017.

4. By **September 27, 2017**, the parties shall notify the Court by joint letter whether they anticipate calling any witnesses at the October 5 show cause hearing.

5. By **September 27, 2017**, Defendants shall respond to the arguments Plaintiffs set forth in their memorandum of law. By **September 29, 2017**, Plaintiffs shall submit a reply, if any.

6. By **September 22, 2017** at **5:00 p.m.**, Plaintiffs' counsel shall file a motion to appear *pro hac vice* in accordance with Local Civil Rule 1.3(c). Failure to file a motion or obtain local counsel admitted to practice in this court by this deadline may result in sanctions.

7. At this time, Plaintiffs are not required to post security.

SO ORDERED.

Dated: September 21, 2017
New York, New York

_____
ANALISA TORRES
United States District Judge