UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BROWN and THE ESTATE OF BOBBI KRISTINA BROWN | ) ) |
| Plaintiff | ) Civil ) Action No. ) 1:17-cv-06824-AT |
| v. | ) ) CERTIFICATION ) OF SERVICE |
| TV ONE LLC, SWIRL RECORDING & FILM INC. D/B/A SWIRL FILMS, INC.,TRACEY BAKER-SIMMONS, WANDA SHELLEY and B2 ENTERTAINMENT LLC and SIMMONS SHELLEY ENTERTAINMENT, LLC | ) OF TV ONE LLC ) ) ) ) |
| Defendants | ) |

A. Upon agreement with Attorney James Rosenfeld, Esq, of David, Wright & Tremaine LLP, counsel for TV One LLC ("TV One"), without waiver of any objections or defenses, including those based on jurisdiction, TV One has agreed to accept service by email of the documents in this action. The email shall constitute sufficient service under the Federal Rules of Civil Procedure.

B. The following documents were emailed to Attorney Rosenfeld on September 21, 2017, at jamesrosenfeld@dwt.com:

    1-Cover Sheet
    2-Brown 7.1 Statement
    3-Amended Complaint
    4-Magistate Order
    5-Pre-Trial Conference Order
    6-Affdiavit of Robert Brown
    7-Order To Show Cause (Proposed)
    8-Memorandum of Law in Support of Application for an Injunction
    9-Affidavit of Alicia Brown

10-Order to Show Cause (Judge Torres)
11-Summons

                                        ROBERT BROWN and THE
                                        ESTATE OF BOBBI KRISTINA BROWN
                                        By Their Attorneys,

                                        Christopher Brown, NY Bar # 2953891
                                        Brown & Rosen LLC
                                        Attorneys At Law
                                        100 State Street, Suite 900
                                        Boston, MA 02109
                                        617-728-9111 (T)
                                        617-695-3202 (F)
Dated: September 22, 2017             cbrown@brownrosen.com