UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ROBERT BROWN and THE ESTATE OF BOBBI )
KRISTINA BROWN )
                                  )
           Plaintiffs           ) Action No.
                                    ) <u>1:17-cv-06824-AT</u>
v. )
                                    )
                                    )
TV ONE LLC, SWIRL RECORDING & FILM INC. )
D/B/A SWIRL FILMS, INC.,TRACEY BAKER- )
SIMMONS, WANDA SHELLEY and B2 )
ENTERTAINMENT LLC and  SIMMONS SHELLEY )
ENTERTAINMENT, LLC. )
           Defendants                 )
_____)

## **AFFIDAVIT OF CHRISTOPHER BROWN**

         I, Christopher Brown ("Brown") state under the pains and penalty of perjury:

1.        I am member of the Law firm Brown & Rosen LLC.

2.        In 2015, I was counsel in the Bobbi Kristina Brown Probate matter in Georgia for Robert Brown along with Attorney Robert Turner.

3.        Tracey Baker Simmons ("Simmons"), while a resident and/or working in New York, was noticed for a deposition in the Probate matter in 2015 by the law firm of Greenberg Traurig LLP. See Exhibit "A".

4.        Simmons may have received and/or had access to confidential sealed documents and/or information associated with Bobbi Kristina Brown.

5. Upon information and belief, Simmons appeared for her deposition on or about May

6, 2015.


Signed Under The Pains and Penalty of Perjury


_____

Christopher Brown


Dated: September 28, 2017

# EXHIBIT A

**IN THE PROBATE COURT**
**COUNTY OF DEKALB**
**STATE OF GEORGIA**

IN RE: )
 )   **CASE NO. 2015-0624**
**BOBBI KRISTINA BROWN** )
     **PROPOSED WARD.** )

## NOTICE OF VIDEOCONFERENCING VIDEOTAPED DEPOSITION OF TRACEY BAKER-SIMMONS

**TO:   Tracey Baker-Simmons**
   **HFC Productions, LLC**
   **100 Avenue of the Americas**
   **Suite 3-32**
   **New York, NY 10013**

PLEASE TAKE NOTICE that, pursuant to Uniform Probate Rule 7.3 and other relevant authority, Petitioner Marion Pat Houston will take the deposition of Tracey Baker-Simmons, on Wednesday, May 6, 2015 at 2:00 p.m. via videoconference. The deposition will take place at Greenberg Traurig, LLP, 333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131.   The videoconference site in Georgia will be located at Greenberg Traurig, LLP, 3333 Piedmont Road NE, Suite 2500, Atlanta, Georgia 30305.

This deposition will be taken for the purpose of discovery, for uses at hearing and at trial, and for other such purposes permitted under the Georgia Civil Practice Act and will continue from time to time until completed.   The deposition will be recorded by sound, video and stenographic means and will be taken before a Court Reporter and Notary Public who is authorized to administer oaths under the laws of the State of Georgia.

**[Signature on following page]**

1

Respectfully submitted this 4th day of May, 2015.

Mark G. Trigg
triggm@gtlaw.com
Ga. Bar No. 716295
David W. Long-Daniels
long-danielsd@gtlaw.com
Ga. Bar No. 141916
Thomas J. Mazziotti
mazziottit@gtlaw.com
Georgia Bar No. 479893
C. Whitfield Caughman
caughmanw@gtlaw.com
Ga. Bar No. 109147
Rebecca H. Silk
silkr@gtlaw.com
Ga. Bar No. 194673

GREENBERG TRAURIG, LLP
3333 Piedmont Road
Suite 2500
Atlanta, Georgia 30305
Phone: (678) 553-2100
Facsimile: (678) 553- 2212

**IN THE PROBATE COURT**
**COUNTY OF DEKALB**
**STATE OF GEORGIA**

IN RE:                               )
                                     )         **CASE NO. 2015-0624**
**BOBBI KRISTINA BROWN**              )
                **PROPOSED WARD.**    )

**CERTIFICATE OF SERVICE**

This is to certify that on this 4th day of May, 2015, I served a true and correct copy of the

foregoing **NOTICE OF VIDEOCONFERENCING VIDEOTAPED DEPOSITION OF**

**TRACEY BAKER-SIMMONS** by electronic mail and by U.S. Mail First-Class to the

following:

Robert E. Turner                    Bedelia C. Hargrove
TURNER LAW, PC                      HARGROVE LAW FIRM
496 Medlock Road                    172 Carroll Street, S.E., Suite 101
Decatur, GA  30030                  Atlanta, Georgia  30312
robertturner@birch.net              bedelia@hargrovelawfirm.com


_____

Attorney for Petitioner Marion Pat Houston