

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
212-603-6455 tel
212-489-8340 fax

jamesrosenfeld@dwt.com

November 3, 2017

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF and E-mail

    Re:    <u>**Brown et al., v. TV One, LLC, et al**</u>.
             **Case: 1:17-cv-06824-AT**

Dear Judge Torres:

    We write on behalf of defendant TV One, LLC ("TV One") and Plaintiffs in this action. The parties have recently come to an agreement in principle to settle the above-captioned action. Accordingly, we write to request that a thirty-day dismissal order be entered in the above-captioned matter.  The parties will notify the Court before the expiration of the thirty days if the case is to be reinstated.

    We also respectfully request that the Court enter its order denying the preliminary injunction, which Your Honor issued from the bench on October 5, 2017, on the docket.

    Thank you very much for the Court's attention to this matter.

                                                      Respectfully submitted,

                                                      /s/ James Rosenfeld

                                                    James Rosenfeld, Counsel for TV One

                                                    /s/ Christopher Brown, Esq.

                                                   Christopher Brown, Esq., Counsel for Plaintiffs

cc:    Christopher Brown, Esq.

4824-8584-3795v.3 0102555-000006

Anchorage   New York      Seattle
Bellevue    Portland      Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com